UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MOHSEN MAHDAWI,<br><br>    Petitioner,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE in her official capacity as Acting Boston Field Office Director, Immigration And Customs Enforcement, Enforcement And Removal Operations; J DOE, in official capacity as Vermont Sub-Office Director of Immigration And Customs Enforcement, Enforcement and Removal Operations; TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration And Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO A. RUBIO, in his official capacity as Secretary of State; and PAMELA BONDI, in her official capacity as U.S. Attorney General,<br><br>    Respondents. | Case No. 2:25-cv-00389 |

**ORDER REASSIGNING CASE**

Upon further review of the Petition for Writ of Habeas Corpus in this matter, the undersigned finds that this is likely not a related case to Docket Number 25-CV-00374. Accordingly, the Clerk's Office is hereby respectfully directed to return this case to the civil wheel for random reassignment.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 15th day of April 2025.

/s/ William K. Sessions III

_____

William K. Sessions III Judge
United States District Court