NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Mohsen Mahdawi

     v.                                Case No. 2:25-cv-389

Donald J. Trump, et al.

TAKE NOTICE that the above-entitled case has been scheduled at 9:00 a.m. on Wednesday, April 23, 2025 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Status Conference. NOTE: Petitioner Mohsen Mahdawi's presence is required at this hearing.

| | |
|---|---|
| Location: 110 | JEFFREY S. EATON, Clerk |
| | By: */s/ Emerson F. Howe* |
| | Deputy Clerk |
| | 4/16/2025 |

TO:

Andrew B. Delaney, Esq.
Cyrus D. Mehta, Esq.
David A. Isaacson, Esq.
Luna Droubi, Esq.

Michael P. Drescher, AUSA

Court Reporter