REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Mohsen Mahdawi

     v.                                      Case No. 2:25-cv-389

Donald J. Trump, et al.

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m. on Wednesday, April 23, 2025 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Status Conference and a hearing on the Motion for Release Under Mapp v. Reno (Document No. 19). NOTE: Petitioner Mohsen Mahdawi's presence is required at this hearing.

Location: 110
*Revised to include hearing on Doc. 19*

JEFFREY S. EATON, Clerk
By: */s/ Sharrah J. LeClair*
Deputy Clerk
4/22/2025

TO:

Andrew B. Delaney, Esq.
Cyrus D. Mehta, Esq.
David A. Isaacson, Esq.
Luna Droubi, Esq.
Matthew D. Melewski, Esq.

Michael P. Drescher, AUSA

Court Reporter