**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| MOHSEN MAHDAWI, | |
| | |
| Plaintiff-Petitioner, | |
| | |
| v. | Case No. 2:25-cv-00389-GWC |
| | **[PROPOSED] ORDER GRANTING** |
| DONALD TRUMP, et al. | **LEAVE TO FILE BRIEF AS AMICI** |
| | **CURIAE** |
| Defendants-Respondents | |

Upon consideration of the Motion of More than 100 Immigration Lawyers, Law Professors, and Scholars for Leave to File Brief as Amici Curiae, and for good cause shown,

    IT IS on this _____ day of _____, 2025, ORDERED:

    1. The Motion for Leave to File Brief as Amici Curiae is GRANTED;

    2. The proposed amici curiae brief is hereby deemed FILED.

_____
             Hon. Geoffrey W. Crawford