UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 APR 23 PM 1:28

CLERK
BY_____
DEPUTY CLERK

MOHSEN MAHDAWI, )
 )
    Petitioner, )
 )
v. ) Case No. 2:25-cv-389
 )
DONALD J. TRUMP, et al., )
 )
    Respondents. )

## SCHEDULING ORDER AND ORDER ON MOTION TO FILE UNDER SEAL
### (Doc. 24)

Following an initial status conference and hearing on Petitioner's motion for release (Doc. 19), the court enters this order related to scheduling issues and to a sealing motion.

**1. Motion for Release**

The court will resume the hearing on the motion for release on Wednesday, April 30, 2025, at 9:00 a.m. The court requires the presence of the petitioner Mr. Mahdawi in court.

The Government's response to the motion for release shall be filed not later than noon, Monday, April 28, 2025.

Any reply from the petitioner shall be filed not later than noon, Tuesday, April 29, 2025.

**2. Motion to Dismiss**

The court converts the Government's Memorandum (Doc. 25) to a motion to dismiss the petition under Fed. R. Civ. P. 12.

The petitioner's response to the motion to dismiss shall be filed not later than May 7, 2025.

The Government's reply shall be filed not later than May 14, 2025.

3. **Motion to File Under Seal (Doc. 24)**

The court GRANTS the motion to file under seal certain exhibits containing personal identifying information (Doc. 24). In addition, the court has removed identifying information such as residence addresses and "A number" identifiers from the petitioner's filings.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 23rd day of April, 2025.

/s/ Geoffrey W. Crawford
U.S. District Judge