```
04/23/25                 Windsor Police Department                        649
08:44                      LAW Incident Table:                 Page:     1

   Incident
 Incident Number  15WN01444    Nature  Suspicious
    Case Number                              Image
      Address✓ 737 US RT 5 S
          City  Windsor           State  VT   ZIP  05089
          Area  1423   WINDSOR PD          Contact

   Complainant
Numbr
  Last                      Fst                Mid
   DOB          SSN         Adr
  Race    Sx   Tel          Cty                ST      ZIP

   Details
 Offense/Statute  PSC
                                   Reported        Observed  PSC
   Circumstances  LT05
Rspndg Officers  Connor, C
Rspnsbl Officer  Connor, C        Agency  1423        CAD Call ID
     Received By  Connor, C               Last RadLog
   How Received  T  Telephone            Clearance
   When Reported  22:34:49 08/21/15      Disposition  COM   Disp Date  08/21/15
 Occurrd between  18:00:00 08/18/15      Judicial Sts
          and    18:20:00 08/18/15         Misc Entry
          MO

External CAD ID

   Narrative
 Narrative   (See below)
Supplement   (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

```
INVOLVEMENTS:
Type   Record #     Date     Description                    Relationship
 NM       9437   08/18/15   ███████████████████           Witness
 NM      10179   08/18/15   Mahdawi, Mohsen K              POI
 NM      11895   08/18/15   ██████████████████████████    BOI/AOI
```

```
LAW Incident Offenses Detail:
                                 Offense and Statute Codes
Seq Code                              Statute Code                           Amou
t
  1 PSC  Suspicious Person/Circumstance
  0.00

LAW Incident Circumstances:
                         Contributing Circumstances
Seq Code                                        Comments
  1 LT05  Commercial/Office Building

LAW Incident Responders Detail
    Responding Officers
Seq Name                Unit
  1 Connor, C           M466
```

Narrative:
_____

On 08/18/15 around 1600 hours I was on duty as a Detective for the Windsor
Police Department when Chief William Sampson came into the Detective's office
and told me that he had just talked to a concerned citizen who wanted to report
some suspicious activity.  Chief Sampson said this citizen was concerned because
he had heard that a suspicious male subject had recently approached the owner,
███████████ of ██████████████████ Gunsmithing, located at 737 US Route 5 S
in Windsor about seeking employment at the gun shop.  This concerned citizen
told Chief Sampson that he had knowledge that this same suspicious male returned
to the gun shop at a later date and had requested to purchase a sniper rifle and
a machine gun.  According to this concerned citizen, the suspicious male had
taken photographs of the outside and inside of the gun shop. Also this citizen
told Chief Sampson that the suspicious male subject told the MR ███████ that he
used to make guns for "Hezballah". Chief Sampson asked me to make contact with
MR ██████ in an attempt to verify this information.

On 08/18/15 around 1800 hours I was out at Windsor Arms Custom Gunsmithing.
I was met at the door by ██████████████████, who I know from previous
law enforcement interactions. MR ██████ led me into his place of business, where
I told him the reason for my visit.  MR ████████ confirmed that the information
relayed to Chief Sampson by the concerned citizen was true.  The following is
the facts as explained to me by MR ███████

MR ██████ told me that sometime around two months ago an adult male subject
of middle eastern decent came into MR ███████ s place of business.  MR ███████
told me this male explained that he was a resident of the town of Windsor and
that he was interested in seeking employment here at the gun shop making guns
and modifying guns.  According to ████████ this male even offered to work here
for no monetary payment.  This male subject supposedly told MR ████████ that he
had considerable firearm experience and used to build modified 9mm submachine
guns to kill Jews while he was in Palistine.  MR ███████told me that this male
subject seemed to in fact have a lot of knowledge about gun design and function.

MR ████ told me that about three weeks ago this same male subject returned to Windsor Arms Custom Gunsmithing. MR ████ told me that he has outside surveillance cameras outside his place of business. MR ████ told me he was inside his place of business when he saw on his surveillance monitor that this suspicious male subject was outside taking pictures of MR ████s gun shop. MR ████ told me that he went outside to ask the man why he was taking photos. According to MR ████, the man told him that he was taking pictures that he planned to give to MR ████ so that he could post them on Facebook. MR ████ said that he invited the male into the gun shop where the male took photos of the inside of the business and the merchandise on display. According to MR ████ this male subject never did provide him with copies of these photographs. MR ████ now suspects this male was taking pictures for the purpose of reviewing what was in place for security cameras, the type of locks and security on the doors, and to detail merchandise in the business.

MR ████ told me that on the second visit, the male subject said that he wished to purchase a sniper rifle and a machine gun. MR ████ told me that the male had not specified specific firearms for purchase nor had he shared his purpose or intent with these firearms. MR ████ told me that the male had provided him with his Vermont Operator's license which contained the male's photograph. MR ████ told me that he had made a photo copy of the male's operator's license and he had written the man's phone number down as documentation. MR ████ provided me with a photo copy of this information.

This photo copy was of Vermont drivers license ████ issued on ████15 to Mohsen K Mahdawi DOB ████90. The license lists MR Mahdawi's address as 15 Durkee Street in Windsor, Vermont. The license lists MR Mahdawi's physical features as 6' 0", 165 lbs, and brown eyes. According to MR ████ MR Mahdawi gave his phone number as 603 ████ According to MR ████, MR Mahdawi told him that he was getting a job in Rutland, Vermont and that he was going to move to that area. MR ████ told me that MR Mahdawi has not come back to the gun shop since this meeting about three weeks ago.

I asked MR ████ if there was anything else that he could think of that might be helpful. MR ████ told me that his friend ████, a retired machinist and gun enthusiast, has told MR ████ that he has had similar conversations with MR Mahdawi about his ties to Palistine and his gun making experience. MR ████ gave me a phone number to contact MR ████ at 802-████ MR ████ advised that MR Mahdawi had told him that his wife was in the ARMY. It should be noted, that I am familiar with MR Mahdawi from a previous law enforcement interaction which took place at his residence at 15 Durkee Street in Windsor. During this interaction I was introduced to a woman who MR Mahdawi verbally identified as his wife. It was my understanding at this time, that his wife is a travelling nurse who works at a hospital in the upper valley area.

On 08/22/15 around 1640 hours I met with MR ████ at the Precision Museum located on Main Street in Windsor, where MR ████ works as a volunteer. I had called MR ████ prior to this meeting and let him know the intended topic of discussion. MR ████ told me that he has spoken several times about the suspicious male subject of middle eastern decent who came into MR ████'s gun shop inquiring about potential employment and the possible purchase of a machine gun and a sniper rifle. MR ████ told me that roughly 2 or 3 weeks ago he was working at the Precision Museum and had a group of 15-20 people in the museum looking at items on display and listening to MR ████ discuss the history of various items. MR ████ said at this time a adult

male of middle eastern decent came into the museum and joined the group of
people taking the museum tour. MR ▓▓▓▓▓ told me that this male had a cell
phone in his hand and appeared to be taking pictures and video of the people in
the museum and the items on display, particularly the vintage firearms on
display. MR ▓▓▓▓▓ told me that at some some point this suspicious male
approached and told MR ▓▓▓▓▓ that he was interested in purchasing an
automatic rifle and a sniper rifle. MR ▓▓▓▓▓ told me that he thought this
was an odd topic of conversation to be having with a man that he has never met
before. According to MR ▓▓▓▓▓ this male subject told him that "I like to
kill Jews". MR ▓▓▓▓▓ told me that this comment made him nervous because he
thought there may be some truth to the man's statement.

     MR ▓▓▓▓▓ then told me about a couple weeks ago he was in the Windsor
Price Chopper in the check out line. MR ▓▓▓▓▓ told me that he noticed that
the same suspicious male from the museum was in the check out line ahead of him.
 MR ▓▓▓▓▓ said this suspicious male had his cell phone in his hand and
appeared to be taking pictures or video of people in the check out line and of
the cashier. MR ▓▓▓▓▓ told me that he has no idea why this male would be
taking pictures in the store. MR told me that he is certain this is the same
male subject who approached MR ▓▓▓▓▓ about working at his gun shop and
purchasing firearms.

     This report is for informational purposes only, and this information will
be forwarded to the Department of Homeland Security.

Law Supplemental Narrative:
                         Supplemental Narratives
Seq Name              Date              Narrative
  1 Connor, C         11:43:17 09/28/15
As of 09/28/15, no further information or suspicious activity has been received
or reported.

```
04/23/25                  Windsor Police Department                      649
08:44                     LAW Incident Table:              Page:     1

   Incident
Incident Number   15WN01996   Nature  Citizen Dispute
   Case Number                          Image
      Address✓ 29 UNION ST; Windsor Fire/Police
         City  Windsor          State   VT   ZIP  05089
         Area  1423  WINDSOR PD         Contact  male in lobby

   Complainant
Numbr          13457
   Last                         Fst  Meagan          Mid
   DOB        [redacted]   SSN        -  -   Adr✓ 15 DURKEE ST
   Race  W Sx  F Tel  (714)[redacted]  Cty  Windsor        ST VT ZIP  05089

   Details
Offense/Statute  CDIS
                                   Reported  0450  Observed  CDIS
   Circumstances  LT20
Rspndg Officers  Frank, J          Rataj, C          Silver, D
Rspnsbl Officer  Silver, D         Agency  1423        CAD Call ID     25924
      Received By  Boutilier, M             Last RadLog  19:15:22 11/18/15   CMPLT
      How Received  T  Telephone           Clearance  RTF  Report to Follow
   When Reported  16:45:51 11/18/15      Disposition  COM  Disp Date  11/24/15
Occurrd between  16:45:37 11/18/15      Judicial Sts
            and  16:45:37 11/18/15        Misc Entry
             MO

External CAD ID

   Narrative
 Narrative  (See below)
Supplement  (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

```
INVOLVEMENTS:
Type  Record #    Date       Description                Relationship
  NM    10179   11/24/15   Mahdawi, Mohsen K            POI
  NM    13457   11/24/15   [redacted]                  *Complainant
  CA    25924   11/18/15   16:45 11/18/15 Family Fight *Initiating Call
  PR     2255   11/18/15   BRO Gun Mossberg 12GA  $0    Property
```

LAW Incident Offenses Detail:

                                    Offense and Statute Codes
Seq Code                              Statute Code                        Amou
t
  1 CDIS Citizen Dispute
  0.00

LAW Incident Circumstances:
                          Contributing Circumstances
Seq Code                                      Comments
  1 LT20  Residence/Home

LAW Incident Responders Detail
    Responding Officers
Seq Name              Unit
  1 Frank, J          M469
  2 Rataj, C          M464
  3 Silver, D         M471

Main Radio Log Table:
Time/Date          Typ Unit        Code   Zone  Agnc Description
19:15:22 11/18/15   1  M464         CMPLT  1423  1423 incid#=15WN01996 Compl
19:15:22 11/18/15   1  M469         CMPLT  1423  1423 incid#=15WN01996 Compl
19:15:22 11/18/15   1  M471         CMPLT  1423  1423 incid#=15WN01996 Compl
17:00:22 11/18/15   1  M471         ARRVD  1423  1423 incid#=15WN01996 Arriv
16:52:33 11/18/15   1  M464         ARRVD  1423  1423 incid#=15WN01996 Arriv
16:46:44 11/18/15   1  M469         ARRVD  1423  1423 incid#=15WN01996 Arriv
16:46:24 11/18/15   1  M469         ENRT   1423  1423 incid#=15WN01996 Enrou

Narrative:
‾‾‾‾‾‾‾‾‾
On 11-18-2015 at approximately 1700 hours I responded to the lobby of the
Windsor Police Department for a citizen dispute.  Upon arrival, I made contact
with ████████ ████████ DOB:████████ ████████ of 15 Durkee Street in Windsor
who asked that the WPD take possesion of her personally owned 12GA Mossberg
Shotgun until the situation with her partner is resolved. ██████ advised that
she and her partner Mohsen K. M. Mahdaii DOB:████-1990 (603)████████ also of 15
Durkee Street are going through a divorce and that they had just had a non-
physical argument. Also present in the WPD lobby was ████████'s friend, identified
as Matthew J. Wesley DOB:████████████████ of ████████████████ located in
Lebanon, NH 03766 who advised that he too had a non-physical argument with
Mahdaii surrounding the circumstances as to why Wesley was in Mahdaii's house at
15 Durkee Street with ████████ ████████ advised that she will retrieve the firearm
from the WPD at a later date.  This weapon has been logged into the WPD Evidence
Room to negate escalation surrounding this incident as requested by ████████.

Nothing follows.  DAS/M471

Law Supplemental Narrative:
                          Supplemental Narratives
Seq Name              Date              Narrative
  1 Adams, J          10:04:30 06/16/16
Shotgun listed in involvement's released to ████████████ on 06/16/2016 at 0830
hrs. Receipt kept on file.