

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

| 04/22/2025 15:19 EDT | Generated By [redacted] | Page 1 of 5 |
|---|---|---|

### Referral Source

| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|
| [redacted] | 01/12/2019 | 15:28 EST | [redacted] |

**Referral Reason**
7-POINT

### Package

| Conveyance Type | No Plate or No VIN | VIN Number |
|---|---|---|
| A - AUTO | N/A | |

| License Plate State | License Plate Number | Inbound / Outbound |
|---|---|---|
| VT - VERMONT | GTA561 | I - Inbound |

**Secondary Plates**

| Vehicle Search | No. Of Passengers In Vehicle |
|---|---|
| S-SEVEN POINT INSPECTION | 1 |

| Referring Officer Code | Referral Type |
|---|---|
| [redacted] | C-Baggage |

**Reason for Referral Code**
[redacted]

### Encounter

| Last Name | First Name | DOB |
|---|---|---|
| MAHDAWI | MOHSEN | 09/12/1990 |

| Hispanic | Sex | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| No | M - Male | U - UNKNOWN | Yes | No |

| Doc Number | Doc Type | Issuing Country | State/Province |
|---|---|---|---|
| 207408761 | C1 - PERMANENT RESIDENT CARD (1998 - 2003) | USA - UNITED STATES | |

| Nationality | City of Birth | Country of Birth |
|---|---|---|
| XXX - UNDETERMINED NATIONALITY | | |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
| | | |

| Mother's Last Name | Mother's First Name | Mother's Middle Name |
|---|---|---|
| | | |

**Email Addresses**

**Phone Numbers**

### Baggage

| Secondary Officer Name | Site Id |
|---|---|
| [redacted] | [redacted] |

| Inspection Start Date and Time | Inspection End Date and Time |
|---|---|
| 01/12/2019 22:48 EST | 01/12/2019 22:57 EST |

| FinCEN FORM 105 | Currency Amount (USD) |
|---|---|
| | |

| Bag Exam | Number of Bags X-Rayed |
|---|---|
| Yes | |

| Positive / Negative Inspection | Personal Search | [redacted]sed | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| P - Positive | No | [redacted] | |

**Category**
1

**Violation Codes**
DRG - DRUG SEIZURES - CONTROLLED (21 CFR 1308.12-15)/PROHIBITED MEDS > 1000 UNITS

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
| | No | [redacted] |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

04/22/2025 15:19 EDT	Generated By ▮▮▮▮▮	Page 2 of 5

| SAS Number | Create▮ | | Number |
|---|---|---|---|
| ▮▮▮▮▮ | ▮ | ▮ | |

| Baggage Inspection Complete |
|---|
| Yes |



**U.S. Customs and Border Protection**
U.S. Department of Homeland Security
TECS - Secondary Inspection Report

04/22/2025 15:19 EDT                Generated By ▬▬▬▬▬▬                Page 3 of 5

**Comments History**

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

04/22/2025 15:19 EDT                     Generated By:          LIAM                     Page 4 of 5

Entered By:                 Created Date/Time: 01/12/2019 22:57 EST
On Saturday January 12, 2019 at approximately 1530 a white Audi bearing Vermont License plate GTA 561 being driven by Mohsen MAHDAWI (COC: Palestine, DOB:           US LPR, A#207408761) arrived at the I-91 Derby Line, VT port of entry. MAHDAWI told primary CBPO        that he was coming back from 2 days in Montreal, visiting a woman he met on a cruise to the Caribbean two weeks before. MAHDAWI presented his US LPR Card and a passport issued by The Palestinian Authority (PP#3154593) to CBPO        . CBPO        referred MAHDAWI to secondary for a 7 point vehicle inspection and to have MAHDAWI's story checked.

In secondary, CBPO        reviewed subject's presented documents and due to the subject's IR6 LPR status, CBPO        asked the MAHDAWI how he obtained his status. MAHDAWI stated that he got his status through marriage. CBPO        noticed that there was no K Visa in MAHDAWI's passport, but he had a B1/B2 visa issued in June 2014 through June 2017. CBPO        questioned MAHDAWI about where he met his wife and where they were married; MAHDAWI stated that he met his wife in Jerusalem and married his wife in Palestine and then he entered the US as a visitor and adjusted his status within the US.

CBPO        began running systems checks on MAHDAWI and was reviewing prior secondary inspections done on MAHDAWI when MAHDAWI stepped up to the counter and wanted to know how long he was going to be at the port. MAHDAWI stated that he had an appointment in White River Junction, VT at 1745 that afternoon and asked if he should reschedule. CBPO        stated that the inspection would take as long as necessary to establish the facts surrounding MAHDAWI's LPR status, identity, and the purpose of his trip to Canada. MAHDAWI stated that he has been questioned several times before and asked CBPO        if there was any way to expedite the inspection. CBPO        stated that there was no way to expedite the inspection; MAHDAWI stated that he was        to call his lawyer. At this point MAHDAWI was told by CBPO        who overheard the interview, to hand over his cell phone that he was using at the time. MAHDAWI said that he would not hand over his phone and was going to record the encounter and send the video to his lawyer. At this point CBPO        with approval from SCBPO        called for backup to handcuff MAHDAWI; CBPO        handcuffed MAHDAWI and performed an immediate patdown for weapons which was negative. MAHDAWI was then escorted to the secure holding cell at approximately 1620. MAHDAWI's shoes, belt and scarf were removed before detention. CBPO        and CBPO        conducted checks on MAHDAWI in the cell every 15 minutes. CBPO        took possession of MAHDAWI's cell phone; MAHDAWI refused to provide the passcode to unlock his phone. Approximately 20 minutes later CBPO's        ,        and        and SCBPO        approached MAHDAWI in the holding cell and asked again for the passcode, MAHDAWI again refused to provide the passcode. MAHDAWI was informed that his phone would be detained because he refused to provide the passcode.

At approximately 1630 CBPO's        nd        conducted a seven point inspection of the vehicle; inside MAHDAWI's suitcase located in the vehicle's trunk CBPO        found a bag of mushrooms. CBPO        found $3600 USD in two separate envelopes in MAHDAWI's baggage. While the seven point inspection was taking place, (A)APD        searched MAHDAWI's wallet and found 1 tab that had the appearance of LSD, (A)APD        also found the wallet to contain $525 USD. The total amount of money that MAHDAWI was carrying was $4125 USD. (A)APD        instructed CBPO's to sea        he car again to see if there was any contraband that was missed. CBPO's        and        searched the car again and CBPO        found 3 prescription bottles for methylph        te with MAHDAWI's name on them.

CBPO        examined all three prescription bottles; two of the bottles were legitimate methy        nidate tablets prescribed for AD/HD. The third bottle contained 16 clear, unmarked capsules filled with a white powder. CBPO        opened one of the capsules and tested the powder using Marquis Reagent 902; the powder field tested positive for methamphetamine. All the powder in the capsule was destroyed in testing. (A)APD        tested the tab with Ehrlich's (Modified) Reagent 907; the tab field tested positive for LSD. (A)APD        mushrooms were tested using Marquis Reagent 902; the mushrooms field tested positive for opiates. The remaining 15 capsules were weighed by SCBPO        and found to be 12 grams, the mushrooms were weighed by (A)APD        and found to weigh 5 grams.

At approximately 1705 MAHDAWI complained of stomach pain and stated that he was very cold and requested medical attention; SCBPO        called EMS at 1710. EMS arrived at 1730 and examined MAHDAWI; they found his blood pressure low and his temperature normal, despite

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

04/22/2025 15:19 EDT         Generated By ▮▮▮▮▮         Page 5 of 5

MAHDAWI's complaints of being cold. EMS transported MAHDAWI to North Country Hospital at 1800; CBPO ▮▮▮ rode in the ambulance with MAHDAWI, CBPO ▮▮▮ followed behind the ambulance. MAHDAWI was released from the hospital and returned to the POE in good condition at approximately 2037. The doctors reported that he is not suffering from any serious condition. Subject was placed back into a detention cell; CBPO ▮▮▮ continued making checks every 15 minutes.

CBPO ▮▮▮ created ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for MAHDAWI and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. CBPO ▮▮▮ continued running systems queries and found that MAHDAWI was a positive match to several system lookouts. ▮▮▮▮▮▮▮▮▮▮ CBPO ▮▮▮ discovered in the queries that MAHDAWI was already divorced from ▮▮▮▮▮▮▮▮▮▮ (DOB: ▮▮▮▮▮▮▮ COC: USC) while he was in conditional status before he received his U.S. LPR card with the IR6 code.

At approximately 1604, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JTTF TFO ▮▮▮ was contacted and was advised of the situation. ▮▮▮ declined interest in the case. HSI was contacted and declined to appear on this date, but do have interest in the case and will obtain the information at a later date.

At approximately 1930 SCBPO ▮▮▮ notified Vermont State Police of the situation; VSP Sergeant ▮▮▮ responded to the POE at approximately 2000. Sgt. ▮▮▮ issued MAHDAWI a citation ▮▮▮ ft, stating that she would return later to pick up ▮▮▮ rugs once CBPO's finished the paperwork. CBPO ▮▮▮ placed the mushrooms in seizure bag #A5408968, the LSD tab was placed in seizure bag ▮▮ 08965, and the remaining 15 capsules of methamphetamine in seizure bag #A5408966. FPF number 2019020900002801, incident number 2019SA0006929. All three bags were placed in a safe pending transfer to Vermont State Police slated for January 13, 2019.

At approximately 2030, CBPO ▮▮▮ detained with approval of Port Director ▮▮▮ the Apple iPhone that belonged to MAHDAWI inside a seizure bag #A5408969 with the 6051D Form 2248161.

MADHAWI was released as LPR at 2120 in good spirits. MAHDAWI was informed about the detention of his phone, and the entirety of his money and belongings were returned to him. After MAHDAWI was released he apologized to all the CBPO's involved in the incident and when he was escorted to his car MAHDAWI stated to CBPO's ▮▮▮ and ▮▮▮ that he would like to shake their hands. MAHDAWI left the POE voluntarily and on ▮▮▮ wn accord.

**Referral Reason History**

Referred By ▮▮▮ | Referred Date/Time: 01/12/2019 15:28 EST | Referred From ▮▮▮
7-POINT

**For Official Use Only / Law Enforcement Sensitive**