UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MOHSEN MAHDAWI,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as Acting Field Office Director; Vermont Sub-Office Director of Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>　　　　　　　　　　Respondents. | No. 2:25-cv-389 |

**RESPONDENTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all named Respondents hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Orders of April 24, 2025 (ECF No. 34, extending the temporary restraining order) and of April 30, 2025 (ECF No. 54, accepting jurisdiction, ordering Petitioner's release under *Mapp v. Reno*, and denying motion for stay pending appeal).

Respectfully submitted,

Dated: April 30, 2025　　　By:　　*/s/ Michael P. Drescher*
　　　　　　　　　　　　　　　　　Michael P. Drescher
　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　District of Vermont