```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF VERMONT
              UNITED STATES DISTRICT COURT                  FILED
                        FOR THE
                  DISTRICT OF VERMONT              2025 MAY -8  AM 10:51
```

                                                              CLERK
                                                        BY_____
                                                          DEPUTY CLERK

MOHSEN MAHDAWI,                    )
                                   )
    Petitioner,                  )
                                   )
    v.                           )     Case No. 2:25-cv-389
                                   )
DONALD J. TRUMP, in his official capacity as )
President of the United States, PATRICIA )
HYDE, in her official capacity as Acting Boston )
Field Office Director, Immigration and Customs )
Enforcement, Enforcement and Removal )
Operations, J DOE, in official capacity as )
Vermont Sub-Office Director of Immigration and )
Customs Enforcement, Enforcement and )
Removal Operations, TODD LYONS, in his )
official capacity as Acting Director, U.S. )
Immigration and Customs Enforcement, KRISTI )
NOEM, in her official capacity as Secretary of )
The United States Department of Homeland )
Security, MARCO A. RUBIO, in his official )
capacity as Secretary of State, and PAMELA )
BONDI, in her official capacity as U.S. Attorney )
General,                           )
                                   )
    Respondents.                 )
                                   )

## ORDER ON LIFTING OF RULE 5.2(C) RESTRICTIONS

The court has received media requests to modify the Federal Rule of Civil Procedure 5.2(c) restrictions on the docket in the above-captioned matter to allow nonparties to access case filings remotely through PACER. The court hereby ORDERS any party who wishes to object to this request to file an objection on or before May 14, 2025.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 8th day of May, 2025.

                                                         /s/ Geoffrey W. Crawford
                                                         District Judge
                                                         United States District Court