UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MOHSEN MAHDAWI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-389 |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Respondents. ) | |

**SUPPLEMENTAL ORDER ON CONDITIONS OF RELEASE**
**(Doc. 63)**

In an Opinion and Order dated April 30, 2025, the court ordered that Petitioner Mohsen Mahdawi be released on his personal recognizance during the pendency of this habeas proceeding, subject to three conditions:

1. That he reside in Vermont;

2. That he is permitted to travel to New York State for educational purposes or to meet with his lawyers or as otherwise ordered by the court;

3. That he attend all court hearings in this case in person unless excused by order of the court.

(Doc. 54 at 28.) The court also stated on the record at the hearing on the same date that Mr. Mahdawi can pass from Vermont, where he resides, "through the states that are needed" to attend college and see his lawyers as necessary in New York City. (Doc. 57 at 40.)

On May 12, 2025, Mr. Mahdawi filed a motion seeking an order "to ensure that he can safely travel from this District to, and from, New York City for a ten-day trip, from May 15 to May 25, 2025, to attend his graduation ceremonies, meet with his lawyers, and for other

purposes." (Doc. 63 at 1.) Counsel for Defendants was unable to take a position on the motion as of May 12, 2025. (*Id.*)

The court GRANTS Petitioner's motion (Doc. 63). Consistent with and in addition to the conditions of his release on his personal recognizance ordered by this court on April 30, 2025 (Doc. 54), Mr. Mahdawi is permitted to travel to New York State on or about May 15, 2025, returning to Vermont on or about May 25, 2025, in order to attend his graduation ceremony at Columbia University and related events. During his tine in New York State, Mr. Mahdawi is permitted to move freely and conduct his daily activities normally including, but not limited to, meeting with elected officials, speaking with and being interviewed by members of the press and media, speaking at public events, attending protests, attending social engagements (including meals, formal and informal graduation celebrations, and other gatherings), running miscellaneous errands, exercising outside of his apartment, shopping, and attending medical appointments, provided that such activities do not otherwise violate the conditions of his release set forth in this court's April 30 Order. While traveling to or from New York State, Mr. Mahdawi is permitted to pass through any states in the path of his travel and to make any temporary stops he or any travel companions may deem necessary.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 14th day of May, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court