May 14, 2025

The Honorable Geoffrey W. Crawford
United States District Court for the
 District of Vermont
P.O. Box 9
Burlington, VT 05402

    Re:   <u>Mahdawi v. Trump, et al.</u>, No. 25-cv-389

Dear Judge Crawford:

    Petitioner does not object to the lifting of docket restrictions, but asks the Court not to lift restrictions before May 20, 2025, to enable a motion to seal limited information, including information related to Petitioner's health.

Dated:    May 14, 2025            Respectfully submitted,
            Burlington, Vermont

/s/ Lia Ernst
Monica H. Allard
Hillary A. Rich
**ACLU FOUNDATION OF VERMONT**
P.O. Box 277
Montpelier, VT 05601
P: (802) 223-6304
lernst@acluvt.org

Nathan Freed Wessler*
Brett Max Kaufman*
Brian Hauss*
Esha Bhandari*
Noor Zafar*
Sidra Mahfooz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
P: (212) 549-2500
nwessler@aclu.org

Andrew B. Delaney
**MARTIN DELANEY & RICCI LAW GROUP**
100 North Main Street
Barre, Vermont 05641
andrew@mdrvt.com
P: 802-479-0568

Luna Droubi*
Matthew Melewski*
**BELDOCK LEVINE & HOFFMAN LLP**
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5875
F: (212) 277-5880
ldroubi@blhny.com
mmelewski@blhny.com

<div style="display: flex;">

<div>

Ramzi Kassem***  
Naz Ahmad***  
Mudassar Hayat Toppa***  
Shezza Abboushi Dallal*  
**CLEAR PROJECT**  
**MAIN STREET LEGAL SERVICES, INC.**  
CUNY School of Law  
2 Court Square, 5th Floor  
Long Island City, NY 11101  
Tel.: (718) 340-4558  
ramzi.kassem@law.cuny.edu  
naz.ahmad@law.cuny.edu  
mudassar.toppa@law.cuny.edu  
shezza.dallal@law.cuny.edu  

</div>

<div>

Cyrus D. Mehta*  
David A. Isaacson  
**CYRUS D. MEHTA & PARTNERS PLLC**  
One Battery Park Plaza, 9th Floor  
New York, New York 10004  
P: 212-425-0555  
F: 212-425-3282  

</div>

</div>

*Attorneys for Petitioner*

*Pro Hac Vice  
***Pro Hac Vice application forthcoming