IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MOHSEN MAHDAWI,
   *Petitioner*,

v.

DONALD J. TRUMP, et al.
   *Respondents*.

Case No. 2:25-cv-00389

**UNOPPOSED MOTION FOR LEAVE TO REFILE DOC. 45 AND CERTAIN EXHIBITS WITH REDACTIONS**

  Pursuant to Local Rule 5.2, Petitioner hereby moves the Court for Leave to File with Redactions replacing Doc. 45, attached as **Exhibit 1**, Doc. 45-1, attached as **Exhibit 2,** and Doc. 45-3, attached as **Exhibit 3,** submitted as part of Petitioner's Reply to the Government's Opposition to Petitioner's Motion for Release Under *Mapp v. Reno*. These documents contain sensitive health information relating to Petitioner's physical and mental conditions and this request is made in light of the potential lifting of Rule 5.2(c) restrictions. The redactions are appropriate given Petitioner's vulnerable position and the numerous harassment campaigns that Petitioner has already faced.

  Counsel has, pursuant to L.R. 7(a)(7), communicated with counsel for the government with regards to this motion. The government does not oppose the relief requested.

| | |
|---|---|
| Dated: May 19, 2025<br>Barre, VT | Respectfully submitted |

/s/ Lia Ernst
Monica H. Allard
Hillary A. Rich
**ACLU FOUNDATION OF VERMONT**
P.O. Box 277
Montpelier, VT 05601
P: (802) 223-6304
lernst@acluvt.org

Nathan Freed Wessler*
Brett Max Kaufman*
Brian Hauss*
Esha Bhandari*
Noor Zafar*
Sidra Mahfooz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
P: (212) 549-2500
nwessler@aclu.org
Ramzi Kassem***
Naz Ahmad***
Mudassar Hayat Toppa***
Shezza Abboushi Dallal*

**CLEAR PROJECT**
**Main Street Legal Services, Inc.**
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

_____
Andrew B. Delaney
**MARTIN DELANEY & RICCI LAW GROUP**
100 North Main Street
Barre, Vermont 05641
andrew@mdrvt.com
P: 802-479-0568

Luna Droubi*
Matthew Melewski*
**BELDOCK LEVINE & HOFFMAN LLP**
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5875
F: (212) 277-5880
ldroubi@blhny.com
mmelewski@blhny.com

Cyrus D. Mehta*
David A. Isaacson
**CYRUS D. MEHTA & PARTNERS PLLC**
One Battery Park Plaza, 9th Floor
New York, New York 10004
P: 212-425-0555
F: 212-425-3282

*Attorneys for Petitioner*
*Pro Hac Vice
***Pro Hac Vice application forthcoming