# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| MOHSEN MAHDAWI,<br><br>*Petitioner,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as Acting Boston Field Office Director; Vermont Sub-Office Director of Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>*Respondents.* | Case No. 2:25-cv-00389 |

**PETITIONER'S FIRST SET OF REQUESTS FOR ADMISSION**

Petitioner Mohsen Mahdawi, by and through his undersigned attorneys, hereby submits the following Requests For Admission set forth in Schedule A (the "Requests"), to be answered in writing and under oath by Respondents in accordance with the definitions and instructions set forth in Schedule B, within 14 days of service of the request.

Dated: June 11, 2025                        Respectfully submitted,
      Burlington, Vermont

<div style="display:flex">
<div>

/s/ Lia Ernst
Monica H. Allard
Hillary A. Rich
**ACLU FOUNDATION OF VERMONT**
P.O. Box 277
Montpelier, VT 05601
P: (802) 223-6304
lernst@acluvt.org

Nathan Freed Wessler*
Brett Max Kaufman*
Brian Hauss*
Esha Bhandari*
Michael Tan*
Noor Zafar*
Sidra Mahfooz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
P: (212) 549-2500
nwessler@aclu.org

**CLEAR Project**
**Main Street Legal Services, Inc.**
Ramzi Kassem***
Naz Ahmad***
Mudassar Hayat Toppa***
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

</div>
<div>

_____
Andrew B. Delaney
**MARTIN DELANEY & RICCI LAW GROUP**
100 North Main Street
Barre, Vermont 05641
andrew@mdrvt.com
P: 802-479-0568

Luna Droubi*
Matthew Melewski*
**BELDOCK LEVINE & HOFFMAN LLP**
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5875
F: (212) 277-5880
ldroubi@blhny.com
mmelewski@blhny.com

Cyrus D. Mehta*
David A. Isaacson
**CYRUS D. MEHTA & PARTNERS PLLC**
One Battery Park Plaza, 9th Floor
New York, New York 10004
cm@cyrusmehta.com
disaacson@cyrusmehta.com
P: 212-425-0555
F: 212-425-3282

*Attorneys for Petitioner*

*Pro Hac Vice

***Pro Hac Vice application forthcoming

</div>
</div>

1

**SCHEDULE A**

1.      Admit that Executive Branch Officials have a list or lists of noncitizens including Petitioner to target for detention, removal, or other immigration related action.

2.      Admit that Executive Branch Officials have a list or lists of noncitizens, including Petitioner, which were generated based on their lawful speech.

3.      Admit that Executive Branch Officials have a list or lists of noncitizens, including Petitioner, which were generated pursuant to Executive Order 14161.

4.      Admit that foreign government officials provided Executive Branch Officials with a list or lists of noncitizens including Petitioner to target for detention, removal, or other immigration related action.

5.      Admit that representatives of one or more non-governmental entities provided Executive BranchOfficials with a list or lists of non-citizens including Petitioner to target for detention, removal, or other immigration related action.

6.      Admit that you have a list or lists of noncitizens including Petitioner to target for detention, removal, or other immigration related action because of their lawful speech.

7.      Admit that foreign government officials provided Executive Branch Officials with a list or lists of noncitizens including Petitioner to target for detention, removal, or other immigration related action because of their lawful speech.

8.      Admit that representatives of one or more non-governmental entities provided Executive Branch Officials with a list or lists of non-citizens including Petitioner to target for detention, removal, or other immigration related action because of their lawful speech.

9.      Admit that all of Petitioner's "past, current or expected beliefs, statements, or

2

associations" that form the basis of the Rubio Memorandum are lawful.

10.     Admit that all of Petitioner's "past, current or expected beliefs, statements, or associations" that form the basis of the Rubio Memorandum are protected by the First Amendment.

11.     Admit that U.S. Officials communicated with any foreign governments, foreign government officials, international organizations, non-governmental organizations, or other third-parties regarding Petitioner.

12.     Admit that one or more Respondents and/or Executive Branch Officials planned to remove Petitioner from the District of Vermont after his arrest.

13.     Admit that one or more Respondents and/or Executive Branch Officials planned to remove Petitioner to Louisiana after his arrest.

14.     Admit that the only basis for Respondents' decision to detain Petitioner on April 14, 2025 was his lawful speech.

## SCHEDULE B

### Definitions

1.      "Petitioner" means Mohsen Mahdawi, whether referenced by name or A-number.

2.      "Respondents" means Donald Trump, in his official capacity as President of the United States; Patricia Hyde, in her official capacity as Acting Boston Field Office Director; the Vermont Sub-Office Director Of Immigration And Customs Enforcement; Todd M. Lyons, in his official capacity as Acting Director For U.S. Immigration And Customs Enforcement; Kristi Noem, in her official capacity as Secretary Of The United States Department Of Homeland Security; Marco Rubio, in his official capacity as Secretary Of State; and Pamela Bondi, in her official capacity as Attorney General Of The United States.

3.      "Petition" refers to the Petition for a Writ of Habeas Corpus filed by Petitioner on April 14, 2025 (ECF No. 1).

4.      "Rubio Memorandum" means the Memorandum for the Secretary of Homeland Security, from Marco Rubio, dated March 15, 2025 (ECF No. 42-1).

5.      The word "including" means "including, but not limited to."

6.      The terms "and," "or," "any," "all," and "each" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these Requests all information that might otherwise be construed to be outside of their scope.

7.      The use of present tense includes past tense, and vice versa.

8.      The use of the singular form of any word includes the plural and vice versa.

### Instructions

1.      Unless otherwise indicated, the time period covered by these Requests is January 20, 2025 to the present.

2.      If you object to any portion of any Request, you should identify the portion to which

4

you object, state the basis for the objection, and respond to the remainder of the Request.

3.      Notwithstanding anything to the contrary herein, each word, term, or phrase in these Requests is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

4.      These Requests are to be answered by you based on all information that is or may be available to you (including agents and attorneys acting on your behalf), and not merely based on information within your personal knowledge.

5.      Each Request shall be construed independently and not in any way that limits the scope of any other Request.

6.      These Requests are deemed continuing in nature and require you to supplement your answers if and when you obtain any further responsive information between the time of your answers hereto and the time of trial.

**CERTIFICATE OF SERVICE**

I, _____, hereby certify that I caused a true and correct copy of the foregoing

Petitioners' First Set of Requests for Admission to be served on _____2025, by electronic

mail on the following:


Michael Drescher
Assistant United States Attorney
District of Vermont
michael.drescher@usdoj.gov


Dated: _____, 2025                                /s/ _____