UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MOHSEN MAHDAWI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, et al., ) <br> ) <br> Respondents. ) | Case No. 2:25-cv-389 |

**SCHEDULING ORDER**

The court provides this order regarding pending motions.

1. **Motion to Modify Conditions of Release (Doc. 79)**

The court will rule on the papers following receipt of any opposition. The Government shall file any memorandum not later than July 14, 2025. Any reply shall be filed not later than July 16, 2025.

2. **Government's Motion to Dismiss (Doc. 25)**

The court will wait until all current proceedings before the Second Circuit are concluded before addressing the issues raised by the Government's motion.

3. **Petitioner's Motion for Limited Discovery (Doc. 77)**

The court will also wait until all current proceedings before the Second Circuit are concluded before addressing the motion for discovery.

Dated at Burlington, in the District of Vermont, this 7th day of July, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court